## Edwin J. Blakley et al., Appellants, v. Albert Glass et al., Appellees.

**Gen. No. 45,151.** 

 Bernard H. Bertrand, for appellants; Defrees, Fiske, O'Brien & Thomson, for certain appellee, Thomas J. Johnson, Jr., and Roger D. Swett, of counsel; Goodspeed, Bates & Amundson and Irving Goodman, for certain other appellees; Irving Goodman, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed November 14, 1950; released for publication December 1, 1950.

## People of State of Illinois, Defendant in Error, v. Oba Bryant, Plaintiff in Error.

**Gen. No. 9,693.**